## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Antonina C. Adams, individually and on behalf of all others similarly situated, | FILED: JULY 14, 2008<br>08CV3970<br>JUDGE SHADUR<br>MAGISTRATE JUDGE COX<br>YM |
| Plaintiff, | |
| v. | No. |
| CCB Credit Services, Inc., an Illinois corporation, | |
| Defendant. | Jury Demanded |

### COMPLAINT

Plaintiff, Antonina C. Adams, individually and on behalf of all others similarly situated, brings this action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA"), for a declaration that the form of Defendant's debt collection letters violates the FDCPA, and to recover damages for Defendant's violation of the FDCPA, and alleges:

### JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to § 1692k(d) of the FDCPA, and 28 U.S.C. § 1331.

2. Venue is proper in this District because the acts and transactions occurred here, Plaintiff resides here, and Defendant transacts business here.

### PARTIES

3. Plaintiff, Antonina C. Adams ("Adams"), is a citizen of the State of Illinois, residing in the Northern District of Illinois, from whom Defendant attempted to collect a delinquent consumer debt allegedly owed to Target National Bank.

4.      Defendant, CCB Credit Services, Inc. ("CCB"), is an Illinois corporation, that acts as a debt collector, as defined by § 1692a of the FDCPA, because it regularly uses the mails and/or telephone to collect, or attempt to collect, delinquent consumer debts, including delinquent consumer debts in the Northern District of Illinois, and was acting as a debt collector as to the delinquent consumer debt it attempted to collect from Plaintiff.

## FACTUAL ALLEGATIONS

5.      Defendant CCB sent Ms. Adams a form collection letter, dated March 7, 2008, in which it made a settlement offer to resolve her delinquent consumer account for 60% of the balance, but stated that payment had to be received in CCB's office within 20 days.  Specifically, this letter stated, in pertinent part:

***

We have been authorized to offer you an opportunity to "SETTLE YOUR ACCOUNT". However, we must have your payment within the next 20 days.

To take advantage of this most generous offer, you must return this notice with a check or money order for the settlement amount in the envelope we have provided.

If you wish to discuss alternative arrangements, please call us immediately.

| Total Amount Due: | $1,264.56 |
| Settlement Offer: | $ 758.74 |

***

This letter was sent within one year of this Complaint and is attached as Exhibit A.

6.      Thereafter, Defendant CCB sent Ms. Adams an identical form collection letter dated April 7, 2008 again offering to resolve her delinquent account for 60% of the balance as long as payment was received in its office within 20 days.  A copy of this letter is attached as Exhibit B.

2

7. All of Defendant CCB's collection actions at issue in this matter occurred within one year of the date of this Complaint.

8. Defendant's collection communications are to be interpreted under the "unsophisticated consumer" standard. See, Gammon v. GC Services, Ltd. Partnership, 27 F.3d 1254, 1257 (7th Cir. 1994).

**Violation Of § 1692e Of The FDCPA -- Making False And/Or Deceptive Or Misleading Statements Of Limited Time Settlement Offers**

9. Section 1692e of the FDCPA prohibits Defendant CCB from making any false and/or deceptive or misleading statements.

10. Defendant CCB falsely stated, in its form collection letters (Ex.'s A, and B), that it was authorized to settle Plaintiff's account, but only as long as payment was received in its office within 20 days. Defendant and its client, Target National Bank, however, are virtually always ready to settle delinquent debts, like Plaintiff's debt, at a substantial discount and thus, it was not true that its offer was for a limited time. Moreover, as evidenced by the subsequent settlement offer letter (Ex. B), Defendant and its client are always ready to settle accounts, like Plaintiff's account, as a substantial discount. Thus, Defendant CCB's collection letters (Ex.'s A, and B), violate § 1692e of the FDCPA. See, Goswami v. American Collections Enterprise, Inc., 377 F.3d 488, 496 (5th Cir. 2004), and Evory v. RJM Acquisitions Funding, LLC, 505 F.3d 769 (7th Cir. 2007).

11. Defendant CCB's violation of § 1692e of the FDCPA renders it liable for statutory damages, costs, and reasonable attorneys' fees. (See, 15 U.S.C. § 1692(k)).

## CLASS ALLEGATIONS

12. Plaintiff, Antonina C. Adams, brings this action individually and as a class action on behalf of all persons similarly situated in the State of Illinois from whom Defendant CCB attempted to collect a delinquent consumer debt allegedly owed to Target National Bank, from one year before the date of this Complaint to the present, and as to which the consumer was sent purported limited time settlement offer letters similar to the form of the letters that were sent to Plaintiff. This action seeks a declaration that Defendant CCB's form letters violates the FDCPA, and asks that the Court award damages as authorized by § 1692k(a)(2) of the FDCPA.

13. Defendant CCB regularly engages in debt collection, using the same form collection letters it sent Plaintiff Adams, in its attempts to collect from other persons.

14. The Class consists of more than 35 persons from whom Defendant attempted to collect delinquent consumer debts by sending other consumers the same form collection letters it sent Plaintiff Adams.

15. Plaintiff Adams' claims are typical of the claims of the Class. Common questions of law or fact raised by this class action complaint affect all members of the Class and predominate over any individual issues. Common relief is therefore sought on behalf of all members of the Class. This class action is superior to other available methods for the fair and efficient adjudication of this controversy.

16. The prosecution of separate actions by individual members of the Class would create a risk of inconsistent or varying adjudications with respect to the individual members of the Class, and a risk that any adjudications with respect to individual members of the Class would, as a practical matter, either be dispositive of the interests

of other members of the Class not party to the adjudication, or substantially impair or impede their ability to protect their interests. Defendant CCB has acted in a manner applicable to the Class as a whole such that declaratory relief is warranted.

17. Plaintiff Adams will fairly and adequately protect and represent the interests of the Class. The management of the class action proposed is not extraordinarily difficult, and the factual and legal issues raised by this class action complaint will not require extended contact with the members of the Class, because Defendant CCB's conduct was perpetrated on all members of the Class and will be established by common proof. Moreover, Plaintiff Adams has retained counsel experienced in class action litigation, including class actions brought under the FDCPA.

## PRAYER FOR RELIEF

Plaintiff, Antonina C. Adams, prays that this Court:

1. Certify this action as a class action;

2. Appoint Plaintiff Adams as Class Representative of the Class, and her attorneys as Class Counsel;

3. Declare that Defendant's form collection letters violate the FDCPA;

4. Enter judgment in favor of Plaintiff Adams and the Class, and against Defendant, for statutory damages, costs, and reasonable attorneys' fees as provided by § 1692k(a) of the FDCPA;  and,

5. Grant such further relief as deemed just.

## JURY DEMAND

Plaintiff, Antonina C. Adams, demands trial by jury.

        Antonina C. Adams,


        By:  /s/ David J. Philipps
        One of Plaintiff's Attorneys

Dated:  July 14, 2008

David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps      (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com



**CCB CREDIT SERVICES**

5300 S 6th Street  (217) 585-5888
Springfield, IL 62703-5184  (800) 473-7994

| | | | |
|---|---|---|---|
| Date: | March 7, 2008 | Amount: | $1,264.56 |
| Account No: | ■■■■■7001 | Various Other Accounts: | $ 0.00 |
| File #: | ■■■■■ | Other Charges: | $ 0.00 |
| Creditor: | TARGET NATIONAL BANK | **Total Amount Due:** | **$1,264.56** |

We have been authorized to offer you an opportunity to "SETTLE YOUR ACCOUNT". However, we must have your payment within the next 20 days.

To take advantage of this most generous offer, you must return this notice with a check or money order for the settlement amount in the envelope we have provided.

If you wish to discuss alternative arrangements, please call us immediately.

| | |
|---|---|
| Total Amount Due: | $1,264.56 |
| Settlement Offer: | $ 758.74 |

08CV3970
JUDGE SHADUR
MAGISTRATE JUDGE COX
YM

Please be advised that the above listed creditor is required to file information returns with the IRS (Form 1099-C) for any indebtedness of $600.00 or more which is forgiven. You will receive a copy of the information return form. You are encouraged to speak with your tax advisor if you have any questions about your tax obligations.

This communication is from a debt collection agency. This is an attempt to collect a debt and any information obtained will be used for that purpose.

A $25.00 check fee will be added to your balance if your check or draft is not honored upon presentation to your bank.


85SDCCBS0160

***Please Detach Lower Portion and Return with Payment***
(MAKE SURE ADDRESS SHOWS THROUGH WINDOW)

| DATE | ACCOUNT NO. | FILE # |
|---|---|---|
| 3/7/08 | ■■■■■7001 | ■■■■■ |

CREDITOR: TARGET NATIONAL BANK

| | |
|---|---|
| TOTAL AMOUNT DUE: | $1,264.56 |
| SETTLEMENT OFFER: | $ 758.74 |

PO Box 272
Springfield IL 62705-0272

ADDRESS SERVICE REQUESTED

March 7, 2008

■■■■■ ■■■■■ ■■■■■
#■■■■■ #■■■■■
|ıllıılılıılıllıılıllıılıılıılıllıılılıl|
Antonina C Adams
■■■■■
■■■■■ IL ■■■■■

CCB CREDIT SERVICES, INC.
PO Box 272
Springfield IL 62705-0272

|ıllıılılıılıllıılıllıılıılıılıllıılılıl|



EXHIBIT A

Case 1:08-cv-03970   Document 1-3   Filed 07/14/2008   Page 1 of 1



**CCB CREDIT SERVICES**

5300 S 6th Street   (217) 585-5888
Springfield, IL 62703-5184   (800) 473-7994

| | | | |
|---|---|---|---|
| Date: | April 7, 2008 | Amount: | $1,264.56 |
| Account No: | ███████7001 | Various Other Accounts: | $ 0.00 |
| File #: | ██████ | Other Charges: | $ 0.00 |
| Creditor: | TARGET NATIONAL BANK | **Total Amount Due:** | **$1,264.56** |

We have been authorized to offer you an opportunity to "SETTLE YOUR ACCOUNT". However, we must have your payment within the next 20 days.

To take advantage of this most generous offer, you must return this notice with a check or money order for the settlement amount in the envelope we have provided.

If you wish to discuss alternative arrangements, please call us immediately.

    Total Amount Due    $1,264.56    08CV3970
    Settlement Offer    $ 758.74    JUDGE SHADUR
                                                     MAGISTRATE JUDGE COX

Please be advised that the above listed creditor is required to file information returns with the IRS (Form 1099-C) for any indebtedness of $600.00 or more which is forgiven. You will receive a copy of the information return form. You are encouraged to speak with your tax advisor if you have any questions about your tax obligations.

YM

This communication is from a debt collection agency. This is an attempt to collect a debt and any information obtained will be used for that purpose.

A $25.00 check fee will be added to your balance if your check or draft is not honored upon presentation to your bank.

85SDCCBS0160

\*\*\*Please Detach Lower Portion and Return with Payment\*\*\*
(MAKE SURE ADDRESS SHOWS THROUGH WINDOW)

| DATE | ACCOUNT NO. | FILE # |
|---|---|---|
| 4/7/08 | ███████7001 | ██████ |

PO Box 272
Springfield IL 62705-0272

ADDRESS SERVICE REQUESTED

CREDITOR: TARGET NATIONAL BANK

| | |
|---|---|
| TOTAL AMOUNT DUE | $1,264.56 |
| SETTLEMENT OFFER | $ 758.74 |

April 7, 2008

CCB CREDIT SERVICES, INC
PO Box 272
Springfield IL 62705-0272

Antonina C Adams

**EXHIBIT B**