**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Antonina C. Adams, individually and on behalf of all others similarly situated v. CCB Credit Services, Inc., an Illinois corporation. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff: Antonina C. Adams, individually and on behalf of all others similarly situated.

```
FILED: JULY 14, 2008
08CV3970
JUDGE SHADUR
MAGISTRATE JUDGE COX
YM
```

| NAME (Type or print) |
|---|
| Mary E. Philipps |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Mary E. Philipps |

| FIRM |
|---|
| Philipps & Philipps, Ltd. |

| STREET ADDRESS |
|---|
| 9760 South Roberts Road, Suite One |

| CITY/STATE/ZIP |
|---|
| Palos Hills, Illinois 60465 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06197113 | (708) 974-2900 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐