## United States District Court for the Northern District of Illinois

Case Number: 08CV3970            Assigned/Issued By: DAJ

Judge Name: SHADUR              Designated Magistrate Judge: COX

### FEE INFORMATION

*Amount Due:*   [✓] $350.00     [ ] $39.00     [ ] $5.00
                [ ] IFP         [ ] No Fee     [ ] Other _____
                [ ] $455.00

Number of Service Copies _____         Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                Receipt #: 2929447

Date Payment Rec'd: 07/14/08       Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                                [ ] Alias Summons

[ ] Third Party Summons                    [ ] Lis Pendens

[ ] Non Wage Garnishment Summons           [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons
                                           (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

  1   Original and   0   copies on  07/14/08  as to  DEF.  _____
                                    (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05