# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| Antonina C. Adams, individually and on behalf of all others similarly situated, ) | |
| ) | |
| Plaintiff, ) | Case No.: 08 C 3970 |
| ) | |
| v. ) | Judge Shadur |
| ) | |
| CCB Credit Services, Inc. an Illinois corporation, ) | Magistrate Judge Cox |
| ) | |
| Defendant. ) | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**CCB Credit Services, Inc.**

| |
|---|
| SIGNATURE  s/Justin M. Penn |
| FIRM  Hinshaw & Culbertson LLP |
| STREET ADDRESS  222 N. LaSalle St., Suite 300 |
| CITY/STATE/ZIP  Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06283726 | TELEPHONE NUMBER (312) 704-3157 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐   NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☒ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☐  NO ☒ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

6347559v1 2866

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2008, I electronically filed **Defendants' Appearance,** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

By: s/Justin M. Penn
Justin M. Penn
Attorney Bar No. **06283726**
HINSHAW & CULBERTSON
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000
jpenn@hinshawlaw.com