IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Antonina C. Adams, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CCB Credit Services, Inc. an Illinois corporation, )<br>)<br>Defendant. ) | Case No.: 08 C 3970<br><br>Judge Shadur<br><br>Magistrate Judge Cox |

## MOTION FOR ENLARGEMENT OF TIME

Defendant, CCB Credit Services, Inc., by its attorneys David M. Schultz and Justin M. Penn, pursuant to Federal Rule of Civil Procedure 6(b) respectfully request that this court grant a 21-day enlargement of time to file a responsive pleading to the plaintiff's Class Action Complaint, and in support thereof, states as follows:

1. Plaintiff's Complaint purports to state class action claims under the Fair Debt Collection Practices Act against the defendant.

2. Plaintiff's Complaint was filed on July 14, 2008, and defendant was served on July 17, 2008. Defendant's responsive pleading is due August 6, 2008.

3. Defendant has retained defense counsel who has filed an Appearance concurrently with the instant motion. Counsel for the defendant has contacted counsel for the plaintiff to discuss the merits of this case and the underlying issues, including potential early resolution of this matter.

4.  Defendant hereby requests an additional 21 days to answer or otherwise plead. This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation. The first court ordered status is set for Sepbetmber 8, 2008, and accordingly need not be disturbed. This time is necessary to analyze the pleading and class allegations and prepare the appropriate response to the plaintiff's claims.

5.  Plaintiff's counsel indicated to defendant's counsel that plaintiff's counsel does not object to the request for additional time.

WHEREFORE, defendant, CCB Credit Services, Inc. respectfully requests that this Court grant a 21-day enlargement of time, up to and including, August 27, 2008, to file a responsive pleading to the plaintiff's Class Action Complaint.

Respectfully submitted,

**CCB Credit Services, Inc.**

By:     s/Justin M. Penn
One of the Attorneys for Defendant

David M. Schultz
Justin M. Penn
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street
Suite 300
Chicago, IL 60601-1081
312-704-3000

6347474v1 33

## CERTIFICATE OF SERVICE

      I, the undersigned, certify that I filed this Notice and the document referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to all counsel of record on August 4, 2008.

                                                  s/Justin M. Penn
                                                  Justin M. Penn