IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Antonina C. Adams, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No.: 08 C 3970 |
| v. ) ) | Judge Shadur |
| CCB Credit Services, Inc. an Illinois corporation, ) ) ) | Magistrate Judge Cox |
| Defendant. ) | |

### NOTICE OF MOTION

To:   All Counsel of Record

PLEASE TAKE NOTICE that on **August 7, 2008 at 9:15 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Shadur in Courtroom 2303 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present the attached **Motion for Enlargement of Time,** a copy of which is attached hereto and is herewith served upon you.

> Respectfully submitted,
>
> HINSHAW & CULBERTSON LLP
>
> s/Justin M. Penn
> Justin M. Penn
> One of the Attorneys for Defendant
> CCB Credit Services, Inc.

Justin M. Penn
**HINSHAW & CULBERTSON LLP**
222 N. LaSalle, Suite 300
Chicago, IL 60601
(312) 704-3000
Firm No.: 90384

### CERTIFICATE OF SERVICE

I, the undersigned, certify that I filed this Notice and the document referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to all counsel of record on August 4, 2008.

> s/Justin M. Penn
> Justin M. Penn