**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Antonina C. Adams
         Plaintiff,

v.                Case No.: 1:08–cv–03970
               Honorable Milton I. Shadur

CCB Credit Services, Inc.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

  MINUTE entry before the Honorable Milton I. Shadur:Civil case terminated. On Plaintiff's oral motion this action is dismissed with leave to move to reinstate or enforce the settlement agreement on or before September 16, 2008. Absent a timely filed motion, this order will become final on September 17, 2008.'M"ailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.